# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147850 & (20)(21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                      SC: 147850
                                      COA: 314708
                                      Kent CC: 06-011732-FC

IATONDA PHUPATRIK TAYLOR,
        Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the September 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to disqualify judge and the motion for appointment of counsel are DENIED.  The motion to exceed page limit is DENIED as moot, because the application for leave to appeal did not exceed the applicable page limit.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013


t1216

                                          Clerk